ACCEPTED
03-15-00213-CR
5122488
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 2:59:44 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-15-00213-CR

| | | |
|---|---|---|
| EX PARTE | § | IN THE COURT OF APPEALS |
| | | 3rd COURT OF APPEALS |
| | | AUSTIN, TEXAS |
| VS. | § | THIRD SUPREME DISTRICT |
| | | JEFFREY D. KYLE |
| KELLY JAMES McCARTY | § | SITTING IN AUSTIN |

**MOTION TO DISMISS AS MOOT**

This motion is filed by the State of Texas, Appellee, and in support would show as follows:

## I.
## BACKGROUND

Appellant was Indicted for three counts of the offense of Indecency with a Child by Contact. Appellant elected to have a trial to a jury and was convicted in Count One and Count Three on March 07, 2009. After being found Guilty of the underlying offenses Appellant elected for the Jury to assess punishment. After having received evidence and argument of counsel thereon the jury assessed punishment in Count One at 5 years imprisonment and a fine of $10,000. The jury further assessed punishment in Count Three at 10 years imprisonment and a fine of $10,000. The jury recommended that both the incarceration and the fine in Count Three be probated. The trial court ordered that the sentence in Count Three not begin until the sentence in Count One ceases to operate. An appeal of these convictions and sentences was not

timely perfected. After considering an Application for Writ of Habeas Corpus under Art. 11.07 the Court of Criminal Appeals granted an out-of-time appeal in Count One but dismissed the claim in Count Three pursuant to Art. 11.07 Sec. 3(a). Upon his release from prison on parole for Count One, Appellant filed his pro se application for writ of habeas corpus under art. 11.072 Code of Criminal Procedure in which the only relief being sought by Appellant therein was an out-of-time appeal of his conviction in Count Three. The trial court denied the relief requested and Appellant filed his notice of appeal which was docketed in this Court as 03-14-575-CR. Prior to a final ruling in case number 03-14-575-CR, Appellant filed an application for writ of habeas corpus under art. 11.08 Code of Criminal Procedure in which the only relief being sought by Appellant therein was an out-of-time appeal of his conviction in Count Three. The trial court denied the relief requested and Appellant filed his notice of appeal which was docketed in this Court as 03-15-213-CR, the case now pending herein.

## II.
## PRESENT COMPLAINT

As described in the Notice of Appeal filed by Appellant Pro Se on September 4, 2014, the trial court denied Appellant's request for an out-of-time appeal

of his conviction in Count 3 of Cause Number 30842. On April 28, 2015, this Court granted in Case No. 03-14-575-CR Appellant's request for an out-of-time appeal of his conviction in Count 3 of Cause Number 30842. The State of Texas will not be requesting rehearing, petition for discretionary review, or other such action the result of which would be to delay the out-of-time appeal granted in Case No. 03-14-575-CR. In as much as the relief that Appellant seeks in this cause has been granted in Case No. 03-14-575-CR, this pending case is now MOOT and should be dismissed.

PRAYER

WHEREFORE, the State prays the Court grant this motion and dismiss this cause as being MOOT.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone       Telecopier
(325) 247-5755    (325) 247-5274
g.bunyard@co.llano.tx.us

By: _____
Gary W. Bunyard
Assistant District Attorney
State Bar No. 03353500
ATTORNEY FOR APPELLEE

## CERTIFICATE OF COMPLIANCE

This is to certify that the pertinent portion of this brief contains 459 words printed in Times New Roman 14 font according to the WordPerfect™ X7 word count tool.

Gary W. Bunyard

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded by EServe on the 1st day of May 2015, to Kelly James McCarty, Appellant Pro Se.

Gary W. Bunyard
Assistant District Attorney